| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Collyer, Rosemary M | 2. Court or Organization District Court - Washington D. | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address E Barrett Prettyman Courthouse 300 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 18 P 3:28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Crowell & Moring LLP, Distribution of Capital Account | 239,998 |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Collyer, Rosemary M | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Crowell & Moring LLP | Engraved crystal gavel | $350 |
| 2. | Crowell & Moring LLP Labor & Employment Law Group | Tiffiny brass clock | $450 |
| 3. | Occidental Chemical Corp. | Crystal decanter and glass | $300 |
| 4. | R. Emmett Boyle and Debbie Bolger | Crystal vase | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. QUALIFIED RETIREMENT PLAN #1 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 2. - Fidelity Aggressive Growth Fund | ▓ | ▓ | ▓ | ▓ | Sell | 10/15 | ▓ | ▓ | |
| 3. - Sequoia Fund | ▓ | ▓ | ▓ | ▓ | Sell | 10/15 | ▓ | ▓ | |
| 4. - Fidelity Spartan US Equity Index Fund | ▓ | ▓ | ▓ | ▓ | Sell | 10/15 | ▓ | ▓ | |
| 5. - Fidelity Puritan Fund | ▓ | ▓ | ▓ | ▓ | Sell | 11/18 | ▓ | ▓ | |
| 6. - Fidelity Diversified International Fund | ▓ | ▓ | ▓ | ▓ | Sell | 11/18 | ▓ | ▓ | |
| 7. - Fidelity Managed Income Portfolio II (Stable Value Fund) | ▓ | ▓ | ▓ | ▓ | Sell | 10/15 | ▓ | ▓ | |
| 8. - Fidelity Money Market Mutual Fund | ▓ | ▓ | ▓ | ▓ | Sell | 11/25 | ▓ | ▓ | |
| 9. BROKERAGE ACCOUNT #1 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 10. - AA - Common | ▓ | ▓ | ▓ | ▓ | Buy | 1/16 | ▓ | ▓ | |
| 11. | ▓ | ▓ | ▓ | ▓ | Partial Sale | 11/4 | ▓ | ▓ | |
| 12. - AA - Call Option | ▓ | ▓ | ▓ | ▓ | Sell Short | 4/15 | ▓ | ▓ | |
| 13. | ▓ | ▓ | ▓ | ▓ | Exercised | 11/4 | ▓ | ▓ | |
| 14. - ADRX - Common | ▓ | ▓ | ▓ | ▓ | Sell | 6/20 | ▓ | ▓ | |
| 15. - ADRX - Call Option | ▓ | ▓ | ▓ | ▓ | Sell Short | 4/11 | ▓ | ▓ | |
| 16. | ▓ | ▓ | ▓ | ▓ | Exercised | 6/20 | ▓ | ▓ | |
| 17. - AFC - Common | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 18. - APPX - Common | ▓ | ▓ | ▓ | ▓ | Buy | 4/24 | ▓ | ▓ | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | | | | | Sell | 7/18 | | | |
| 20. - APPX - Call Option | | | | | Sell Short | 4/24 | | | |
| 21. | | | | | Exercised | 7/18 | | | |
| 22. - BRKA - Common Class A | | | | | | | | | |
| 23. - BVF - Common (X) | | | | | Sell | 10/10 | | | |
| 24. - BVF - Call Option | | | | | Sell Short | 3/28 | | | |
| 25. | | | | | Expired | 10/18 | | | |
| 26. - CMGI - Common | | | | | | | | | |
| 27. - CMS - Common (X) | | | | | Sell | 1/8 | | | |
| 28. - CNP - Common (X) | | | | | | | | | |
| 29. - DD - Common | | | | | Buy | 1/16 | | | |
| 30. - DD - Call Option | | | | | Sell Short | 5/2 | | | |
| 31. - EP - Common (X) | | | | | Sell | 7/7 | | | |
| 32. - GE - Common | | | | | Buy | 1/16 | | | |
| 33. | | | | | Partial Sale | 12/26 | | | |
| 34. - GE - Call Option | | | | | Sell Short | 3/14 | | | |
| 35. | | | | | Exercised | 12/26 | | | |
| 36. - GM - Common | | | | | Buy | 1/16 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - GM - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 6/12 | ▮ | ▮ | |
| 38. - HON - Common | ▮ | ▮ | ▮ | ▮ | Buy | 1/16 | ▮ | ▮ | |
| 39. - HON - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 5/14 | ▮ | ▮ | |
| 40. - ILA - Common (X) | ▮ | ▮ | ▮ | ▮ | Sell | 11/17 | ▮ | ▮ | |
| 41. - INTC - Common | ▮ | ▮ | ▮ | ▮ | | | ▮ | | |
| 42. - INTC - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 10/31 | ▮ | ▮ | |
| 43. - JPM - Common | ▮ | ▮ | ▮ | ▮ | Buy | 1/16 | ▮ | ▮ | |
| 44. | ▮ | ▮ | ▮ | ▮ | Sell | 12/31 | ▮ | ▮ | |
| 45. - JPM - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 4/14 | ▮ | ▮ | |
| 46. | ▮ | ▮ | ▮ | ▮ | Exercised | 12/31 | ▮ | ▮ | |
| 47. - MDCI - Common (X) | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 48. - MLNM - Common (X) | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 49. - MO - Common | ▮ | ▮ | ▮ | ▮ | Buy | 1/16 | ▮ | ▮ | |
| 50. | ▮ | ▮ | ▮ | ▮ | Partial Sale | 12/17 | ▮ | ▮ | |
| 51. - MO - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 5/22 | ▮ | ▮ | |
| 52. | ▮ | ▮ | ▮ | ▮ | Exercised | 12/17 | ▮ | ▮ | |
| 53. - MSFT - Common | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 54. - NPSP - Common | ▮ | ▮ | ▮ | ▮ | Buy | 10/8 | ▮ | ▮ | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - PFE - Common | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 56. | ▮ | ▮ | ▮ | ▮ | Buy | 1/16 | ▮ | ▮ | |
| 57. - PFE - Put Option (Exp 1/16/03) (X) | ▮ | ▮ | ▮ | ▮ | Partial Exer | 1/16 | ▮ | ▮ | |
| 58. | ▮ | ▮ | ▮ | ▮ | Buy to Close | 1/17 | ▮ | ▮ | |
| 59. - PFE - Put Option (Exp 1/17/04) | ▮ | ▮ | ▮ | ▮ | Sell Short | 3/5 | ▮ | ▮ | |
| 60. - TGN - Common | ▮ | ▮ | ▮ | ▮ | Spinoff | 1/6 | ▮ | ▮ | |
| 61. - XEL - Common (X) | ▮ | ▮ | ▮ | ▮ | Sell | 1/8 | ▮ | ▮ | |
| 62. - XOM - Common | ▮ | ▮ | ▮ | ▮ | Buy | 1/16 | ▮ | ▮ | |
| 63. - XOM - Call Option | ▮ | ▮ | ▮ | ▮ | Sell Short | 3/17 | ▮ | ▮ | |
| 64. - ING Emerging Countries Class A Fund | ▮ | ▮ | ▮ | ▮ | Sell | 1/17 | ▮ | ▮ | |
| 65. - Fidelity Spartan Maryland Mun Fund | ▮ | ▮ | ▮ | ▮ | Sell | 8/29 | ▮ | ▮ | |
| 66. - Fidelity Spartan Mun Money Mkt Fund | ▮ | ▮ | ▮ | ▮ | Sell | 9/11 | ▮ | ▮ | |
| 67. - Massachusetts Muni Bonds | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 68. - NY Urb Dev Muni Bonds | ▮ | ▮ | ▮ | ▮ | Sell | 1/1 | ▮ | ▮ | |
| 69. - Hopkins, MN Muni Bonds | ▮ | ▮ | ▮ | ▮ | Sell | 2/1 | ▮ | ▮ | |
| 70. - MD Gen Obl Muni Bonds (10/15/09) | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 71. - MD Gen Obl Muni Bonds (10/15/11) | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |
| 72. - Anne Arundel Co MD Muni Bonds | ▮ | ▮ | ▮ | ▮ | | | ▮ | ▮ | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Balto MD Const Pub Imp Muni Bonds | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 74. - MD Health&Higher Ed Facs Muni Bonds (7/1/13) | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 75. - MD Health&Higher Ed Facs Muni Bonds (7/1/23) | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 76. - Fidelity Core Account (Cash) | ░ | ░ | ░ | ░ | Sell | 9/11 | ░ | ░ | |
| 77. - US Trust Co - CD | ░ | ░ | ░ | ░ | Buy | 9/19 | ░ | ░ | |
| 78. IRA #1 | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 79. - GT - Common | ░ | ░ | ░ | | Buy | 9/11 | ░ | ░ | |
| 80. - GT Call Option | ░ | ░ | ░ | ░ | Sell Short | 9/11 | ░ | ░ | |
| 81. - VRTX - Common | ░ | ░ | ░ | ░ | Sell | 1/17 | ░ | ░ | |
| 82. - XOMA - Common | ░ | ░ | ░ | ░ | Buy | 1/17 | ░ | ░ | |
| 83. - XOMA - Call Option | ░ | ░ | ░ | ░ | Sell Short | 9/8 | ░ | ░ | |
| 84. - Schwab Money Market Fund Account | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 85. IRA #2 | ░ | ░ | ░ | ░ | | | ░ | ░ | |
| 86. - ADRX - Common | ░ | ░ | ░ | ░ | Buy | 8/14 | ░ | ░ | |
| 87. - ADRX - Call Option | ░ | ░ | ░ | ░ | Sell Short | 10/30 | ░ | ░ | |
| 88. - APHT - Common | ░ | ░ | ░ | ░ | Partial Sale | 6/20 | ░ | ░ | |
| 89. - APHT - Common | ░ | ░ | ░ | ░ | Sell | 7/9 | ░ | ░ | |
| 90. - BCRX - Common | ░ | ░ | ░ | ░ | Buy | 11/11 | ░ | ░ | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | ▓ | ▓ | ▓ | ▓ | Buy | 12/23 | ▓ | ▓ | |
| 92. – ELGX – Common | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 93. – GT – Common | ▓ | ▓ | ▓ | ▓ | Buy | 9/11 | ▓ | ▓ | |
| 94. – GT – Call Option | ▓ | ▓ | ▓ | ▓ | Sell Short | 9/11 | ▓ | ▓ | |
| 95. – HGSI – Common | ▓ | ▓ | ▓ | ▓ | Sell | 12/23 | ▓ | ▓ | |
| 96. – HGSI – Call Option | ▓ | ▓ | ▓ | ▓ | Sell Short | 6/6 | ▓ | ▓ | |
| 97. | ▓ | ▓ | ▓ | ▓ | Expired | 10/18 | ▓ | ▓ | |
| 98. – ICOS – Common | ▓ | ▓ | ▓ | ▓ | Buy | 9/8 | ▓ | ▓ | |
| 99. – ICOS – Call Option | ▓ | ▓ | ▓ | ▓ | Sell Short | 9/8 | ▓ | ▓ | |
| 100. – IVX – Common | ▓ | ▓ | ▓ | ▓ | Partial Sale | 9/19 | ▓ | ▓ | |
| 101. | ▓ | ▓ | ▓ | ▓ | Sell | 12/23 | ▓ | ▓ | |
| 102. – MTSX – Common | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 103. – MLNM – Common | ▓ | ▓ | ▓ | ▓ | Sell | 11/21 | ▓ | ▓ | |
| 104. – MLNM – Call Option (Exp 8/16/03) | ▓ | ▓ | ▓ | ▓ | Sell Short | 5/28 | ▓ | ▓ | |
| 105. | ▓ | ▓ | ▓ | ▓ | Expired | 8/16 | ▓ | ▓ | |
| 106. – MLNM – Call Option (Exp 11/22/03) | ▓ | ▓ | ▓ | ▓ | Sell Short | 8/22 | ▓ | ▓ | |
| 107. | ▓ | ▓ | ▓ | ▓ | Exercised | 11/21 | ▓ | ▓ | |
| 108. – NBIX – Common | ▓ | ▓ | ▓ | ▓ | Sell | 2/21 | ▓ | ▓ | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - WM - Common | ▓ | ▓ | ▓ | ▓ | Buy | 9/4 | ▓ | ▓ | |
| 110. - Schwab Money Market Fund Account | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 111. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 112. IRA #3 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 113. - BRKB - Common Class B | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 114. - C - Common | ▓ | ▓ | ▓ | ▓ | Buy | 12/5 | ▓ | ▓ | |
| 115. - IDEV - Common | ▓ | ▓ | ▓ | ▓ | Buy | 12/23 | ▓ | ▓ | |
| 116. - PLMD - Common | ▓ | ▓ | ▓ | ▓ | Buy | 12/5 | ▓ | ▓ | |
| 117. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 118. - Schwab Money Market Fund Account | ▓ | ▓ | ▓ | ▓ | Buy | 11/25 | ▓ | ▓ | |
| 119. Merrill Lynch Account | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 120. Citibank Account | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 121. Trust #1 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

There are several discrepancies between this report and the initial disclosure report, dated 5/29/02. Unless otherwise noted, the following comments apply to Section VII.

A. On the initial report, Lines 44-56 represent securities sold in 2001. Therefore they have been removed from the current report.

B. On the initial report, Lines 16, 24 and 33 represent securities sold in 2002 (after 5/29). Therefore they have been removed from the current report.

C. On the initial report, Line 20 (ING Asia Pacific Equity Class A Fund) appears under a different name in the current report (ING Emerging Countries Class A Fund).

D. On the initial report, Line 27 (MD Gen Obl Muni Bonds) and Line 30 (MD Health & Higher Ed Facs Muni Bonds) each appear under two separate lines in the current report, as they each represent two different issues with different maturity dates.

E. On the initial report, Lines 1 and 2 now appear under IRA #1.

F. On the initial report, Lines 3 - 8, and 10 appear in the current report under QUALIFIED RETIREMENT PLAN #1. That account was closed in 2003 and assets were transferred to IRA #3.

G. On the initial report, Lines 9 and 11 now appear under IRA #3.

H. On the initial report, Lines 12 - 31 now appear under BROKERAGE ACCOUNT #1.

I. On the initial report, Lines 32 - 41 now appear under IRA #2.

J. On the initial report, the Insurance Trust referred to in Section I, Line 3 and in Section VII, Line 57 is now referred to as Trust #1.

K. On the current report, items followed by an (X) represent stocks bought (or options sold short) during the reporting gap between 5/29/02 and 1/1/03.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date 12 May 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544